UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAMION REID, | |
| Plaintiff, | Docket No. 1:21-cv-08563 |
| - against – | JURY TRIAL DEMANDED |
| SOURCE DIGITAL, INC. | |
| Defendant. | |

## COMPLAINT

Plaintiff Damion Reid ("Plaintiff") by and through his undersigned counsel, as and for her Complaint against Source Digital, Inc. ("Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction, distribution and public display of copyrighted photograph of celebrity Zazie Beetz, owned and registered by Plaintiff, a New York-based professional photographer. Accordingly, Plaintiff seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant transacts business in New York, maintains its principal executive office in New York, and is registered with the New York Department of State Division of Corporations.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

**PARTIES**

5. Plaintiff is a professional photographer in the business of licensing his work for a fee, having a usual place of business at 136-28 220 Street, Laurelton, New York 11413.

6. Upon information and belief, Defendant is domestic corporation duly organized and existing under the laws of the State of New York, with a place of business at 29 W. 46th St., 3rd Floor, New York, NY 10036.

7. Defendant is registered with the New York Department of State Division of Corporations to do business in New York.

8. Upon information and belief, at all times material hereto, Defendant has owned, operated and/or supervised the website at the URL: https://www.thesource.com (the "Website").

**STATEMENT OF FACTS**

**A. Background and Plaintiff's Ownership of the Photograph**

9. Plaintiff created a photograph of celebrity actress Zazie Beetz (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

10. Plaintiff is the author of the Photograph and has at all times been the sole owner of all rights, title and interest in and to the Photograph, including the copyright thereto.

11. The Photograph was registered with the U.S. Copyright Office and was given Copyright Registration Number VA 2-122-210, with effective date of October 19, 2018 (the "210 Registration"). A true and correct copy of the 210 Registration is attached hereto as Exhibit B.

B. **Defendant's Infringing Activities**

12. On or about April 30, 2018, Defendant published an article on-line in which it prominently displayed the Photograph at URL: http://thesource.com/2018/04/30/why-does-america-have-a-problem-with-zazie-beetz-as-domino (the "Infringing Article") without Plaintiff's authorization and without any attribution to Plaintiff. True and correct copies of screenshots of the Infringing Article are attached hereto as Exhibit C.

13. On Defendant's Website, commercial advertisements appear adjacent to the display of the Photograph within the Infringing Article.

14. Defendant did not license the Photograph from Plaintiff for its Infringing Article, nor did Defendant have Plaintiff's permission or consent to reproduce, distribute or publicly display the Photograph on its Website.

15. Plaintiff actually discovered the infringement on October 19, 2018.

**FIRST CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT)**
**(17 U.S.C. §§ 106, 501)**

16. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-15 above.

17. Defendant infringed Plaintiff's copyright in the Photograph by reproducing, distributing and publicly displaying the Photograph on the Infringing Article.

18. Defendant is not, and has never been, licensed or otherwise authorized to reproduce, publicly display, distribute and/or use the Photograph.

19. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright law in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

20. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright law, Plaintiff is entitled to statutory damages and Defendant's profits pursuant to 17 U.S.C. § 504(c) for the infringement.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded actual damages per each work and/or Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph pursuant to 17 U.S.C. § 504(b);

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded his costs pursuant to Fed.R.Civ.P. 54(d).

5. That Plaintiff be awarded pre-judgment interest; and

6. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: New Rochelle, New York
October 18, 2021

LIEBOWITZ LAW FIRM, PLLC

By: /s/jameshfreeman/
James H. Freeman
1333A North Ave., Ste. 762

New Rochelle, New York 10804
Tel: (516) 233-1660
JF@LiebowitzLawFirm.com

*Attorney for Plaintiff*