```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DAMION REID,

                       Plaintiff,

      -against-

SOURCE DIDGITAL, INC.

                       Defendant.
-----------------------------------------------------------------X

21-CV-8563 (AJN) (KHP)

**ORDER CONVERTING INITIAL CASE MANAGEMENT CONFERENCE TO TELEPHONIC**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Initial Case Management Conference in this matter scheduled for **Tuesday, January 25, 2022, at 10:30 a.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

         SO ORDERED.

DATED:    New York, New York
             January 6, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge